UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **OTIS FRANKENLL, JR.** <br>   **(aka FRANKNELL)** <br>   **FED. REG. #16504-042** | **CIVIL ACTION NO. 15-1677** <br> **SECTION P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JOEL WEATHERLY, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITHOUT PREJUDICE** pursuant to the provisions of Fed. R. Civ. P. 41(b) and Local Rule 41.3.

**MONROE, LOUISIANA, this 2nd day of February, 2016.**

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE